IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01512-RPM

SANDY MCDONALD,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

# ORDER GRANTING UNOPPOSED MOTION TO AMEND OR CLARIFY ORDER EXTENDING DEFENDANT'S EXPERT DISCLOSURE DEADLINE [DOCKET NO. 19]

Upon consideration of Defendant's Unopposed Motion to Amend or Clarify Order Extending Defendant's Expert Disclosure Deadline [Docket No. 19], it is

ORDERED that said motion is GRANTED and the Court hereby clarifies that the extension previously granted extending the time for Defendant to disclose expert witnesses applies to all experts.

DATED this 2nd day of February, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                Hon. Richard P. Matsch
                U.S. District Court Senior Judge