IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01512-RPM

SANDY MCDONALD,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

**ORDER RE DOCKET NO. 23 MOTION TO AMEND SCHEDULING ORDER [DOCKET NO. 11] DEADLINES FOR SERVING WRITTEN DISCOVERY**

---

THIS MATTER having come before the Court on the motion of Defendant The Hartford Life and Accident Insurance Company, and the Court being fully advised in the premises therefor, hereby

ORDERS that said motion is granted, and the Approved Scheduling Order [Docket No. 11] is hereby amended to extend the deadline for serving written discovery to February 26, 2009.

DATED this 20th day of February, 2009.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Hon. Richard P. Matsch
                                            U.S. District Court Senior Judge

4455390_1.DOC