IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01512-RPM

SANDY MCDONALD,

　　Plaintiff,

vs

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

　　Defendant.

---

**ORDER RE [DOCKET NO. 25 filed February 26, 2009] JOINT MOTION TO AMEND SCHEDULING ORDER [DOCKET NO. 11]**

---

　　Upon consideration of the Joint Motion to Amend Scheduling Order [25], filed on February 26, 2009, it is

　　ORDERED that said motion is granted, and the Approved Scheduling Order [Docket No 11] is hereby amended to extend the deadline for discovery to May 15, 2009 and the dispositive motions deadline to June 1, 2009.

　　DATED this 27 day of February, 2009

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Hon. Richard P. Matsch
　　　　　　　　　　　　　　U.S. District Court Senior Judge