IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01512-RPM-MJW

SANDY McDONALD,

      Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

      Defendant.

___

ORDER FOR DISMISSAL

___

Pursuant to the Stipulation for Dismissal [33] filed on July 15, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: July 16th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge